UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JILL BANKS, an individual, STEVE BANKS, an individual, and the marital community comprised thereof,<br><br>                Plaintiff,<br><br>   v.<br><br>YOKE'S FOODS, INC., a Washington corporation, d/b/a Yoke's Fresh Market,<br><br>                Defendant. | NO: 2:14-CV-0319-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice (ECF No. 63). The motion was submitted for consideration without oral argument. Having reviewed the entire file, the Court is fully informed. The parties represent they have resolved all claims in this matter. Accordingly, the motion to dismiss is granted.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

2. All pending motions are **DENIED as moot**.

3. All pending hearing dates are **vacated**.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** February 24, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2